**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA      :

vs.      : CRIMINAL NO.: 18-00178-KD-N

HECTOR LUJANO,      :

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

     Pursuant to the Report and Recommendation of the United States

Magistrate Judge (Doc. 24 and without any objection having been filed by the

parties, the Defendant's plea of guilty to Count One of the Indictment is now

accepted and the Defendant is adjudged guilty of such offense.

     A sentencing hearing has been scheduled for **November 30, 2018 at 1:30

pm**. in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile,

Alabama 36602.

     **DONE and ORDERED** this the 31st day of August 2018.


s/Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE